1148 COLL vs. BOARD OF CANVASSERS ET AL. (Detroit).

1149 SCHEHR vs. BOARD OF CITY CANVASSERS ET AL. (Detroit).

**1150 MEIER vs. BOARD OF CITY CANVASSERS** (Detroit), 83 M., 367.

To compel respondent board to declare relators elected to the office of aldermen of their respective wards.

Granted November 19, 1890, and opinion filed November 21, 1890.

Held, that the duty of the city board is purely clerical—to foot up the returns of the board of inspectors and to declare the result and issue certificates accordingly—and the performance of this duty will be compelled by mandamus.